TIMOTHY COURCHAINE
United States Attorney
District of Arizona
AUSTIN L. FENWICK
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Tele: 520-620-7300
Email: austin.fenwick@usdoj.gov
Attorneys for Plaintiff

**FILED**

2026 AUG -5  PM 1: 20

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

**CR26-04112 TUC-RM(LLP)**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | **I N D I C T M E N T** |
|---|---|
| Plaintiff, | Violations: |
| vs. | |
| 1.  Jackalyn Santacruz Estrada, (Counts 1-3) | 18 U.S.C. §§ 922(a)(6) and 924(a)(2) Making False Statements in Connection With Acquisition of a Firearm Counts 1-3 |
| 2.  Daniela Santacruz Villela, (Counts 1-3) | 18 U.S.C. § 2(a) Aiding and Abetting the Commission of an Offense Counts 1-3 |
| 3.  Khalil Malik Mason, (Count 3) | |
| Defendants. | |

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about November 28, 2025, in the District of Arizona, JACKALYN SANTACRUZ ESTRADA knowingly made false statements and representations in connection with the acquisition of a firearm, specifically, one (1) Taurus 9mm G3C pistol, Serial Number AHE923780, to a business, specifically, SNG Tactical LLC in Tucson, which were intended and likely to deceive the business as to a fact material to the lawfulness of the sale of the firearm by the business, which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information

required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of the business, in that JACKALYN SANTACRUZ ESTRADA stated that she was the actual transferee/buyer of the firearm, whereas in truth and fact, she was knowingly acquiring the firearm on behalf of DANIELA SANTACRUZ VILLELA, in violation of Title 18, United States Code, Sections 922(a)(6), and DANIELA SANTACRUZ VILLELA aided, abetted, counseled, commanded, induced, and procured such false and fictitious statements in violation of Title 18 United States Code, Section 2(a); all in violation of Title 18, United States Code, Section 924(a)(2).

## COUNT 2

On or about August 15, 2025, in the District of Arizona, JACKALYN SANTACRUZ ESTRADA knowingly made false statements and representations in connection with the acquisition of a firearm, specifically, one (1) Taurus 9mm GX2 pistol, Serial Number AGM610496, to a business, specifically, SNG Tactical LLC in Tucson, which were intended and likely to deceive the business as to a fact material to the lawfulness of the sale of the firearm by the business, which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of the business, in that JACKALYN SANTACRUZ ESTRADA stated that she was the actual transferee/buyer of the firearm, whereas in truth and fact, she was knowingly acquiring the firearm on behalf of DANIELA SANTACRUZ VILLELA, in violation of Title 18, United States Code, Sections 922(a)(6), and DANIELA SANTACRUZ VILLELA aided, abetted, counseled, commanded, induced, and procured such false and fictitious statements in violation of Title 18 United States Code, Section 2(a); all in violation of Title 18, United States Code, Section 924(a)(2).

## COUNT 3

On or about December 11, 2025, in the District of Arizona, JACKALYN SANTACRUZ ESTRADA knowingly made false statements and representations in connection with the acquisition of a firearm, specifically, one (1) Taurus 9mm GX2 pistol,

Serial Number AHB758118, to a business, specifically, SNG Tactical LLC in Tucson, which were intended and likely to deceive the business as to a fact material to the lawfulness of the sale of the firearm by the business, which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of the business, in that JACKALYN SANTACRUZ ESTRADA stated that she was the actual transferee/buyer of the firearm, whereas in truth and fact, she was knowingly acquiring the firearm on behalf of KHALIL MALIK MASON, in violation of Title 18, United States Code, Sections 922(a)(6), and DANIELA SANTACRUZ VILLELA and KHALIL MALIK MASON aided, abetted, counseled, commanded, induced, and procured such false and fictitious statements in violation of Title 18 United States Code, Section 2(a); all in violation of Title 18, United States Code, Section 924(a)(2).

A TRUE BILL

/S/

FOREPERSON OF THE GRAND JURY
Dated: 8/5/2026

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/S/

AUSTIN L. FENWICK
Assistant U.S. Attorney

*United States of America v. Jackalyn Santacruz Estrada, et. al.,*
*Indictment Page 3 of 3*